UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SADRI GARAKANI (RAFIZADEH),

                              Plaintiff,

              -against-

ALI NAMVAR, et al.,

                              Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/12/2026

26-CV-04474 (RA)(SN)

**ORDER OF SERVICE**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff, who is proceeding *pro se* and paid the fees to commence this action, filed an Amended Complaint on June 5, 2026. See ECF No. 7. Plaintiff has not requested issuance of summonses from the Clerk of Court.

The Clerk of Court is directed to issue summonses as to Defendants Ali Namvar, Roya Namvar, Soraya Namvar, Hooshang Namvar, Wade Abraham, Paul Rayhill, Alder Creek Beverages LLC, and Nirvana Water Sciences Corp.

Plaintiff is directed to serve the summonses and Amended Complaint on each Defendant within 90 days of the issuance of each summons. Plaintiff shall also file proof of service on the docket within 90 days of the issuance of each summons.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 12, 2026
            New York, New York