USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 7/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**SADRI GARAKANI (RAFIZADEH),**

**Plaintiff,**

**-against-**

**ALI NAMVAR, et al.,**

**Defendants.**

-----------------------------------------------------------------X

**26-CV-04474 (RA)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 8, 2026, Defendants filed their motion to dismiss the Amended Complaint. See ECF No. 20–22. By no later than Friday, July 31, 2026, Plaintiff shall either (1) file her opposition brief, or (2) file a Second Amended Complaint that attempts to cure any deficiencies identified by the Defendants in their motion to dismiss. If Plaintiff elects to file a Second Amended Complaint, it will replace the First Amended Complaint; if Plaintiff declines to file a Second Amended Complaint, she may not be permitted to file a further amended complaint. If Plaintiff opposes the motion, Defendants shall file their reply by Friday, August 14, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 9, 2026
New York, New York